IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| Courtroom Deputy: Emily Seamon | Date: September 18, 2012 |
| Court Reporter:    Mary George | |

_____

Civil Case No. 10-cv-02365-LTB-BNB            <u>Counsel:</u>

EQUAL EMPLOYMENT OPPORTUNITY                  William Moench
COMMISSION,                                   Rita Kittle

    Plaintiff,

v.

RADIOSHACK CORPORATION,                       Gregory Eurich
                                              Joseph Neguse
    Defendant.

_____

COURTROOM MINUTES
_____

Trial to Jury - Day Seven

9:11 a.m.   Court in session.

Jury present. Counsel and parties present. The Court dismisses the jury to resume their deliberations.

9:12 a.m.   Jury excused.

9:13 a.m.   Court in recess.
12:02 p.m.  Court in session.

Jury present.

Jury has reached a verdict.

12:06 p.m.  Court reads verdict form and polls the jury.

**ORDERED:** Verdict is received.

1

Court's concluding remarks to the jury.

12:12 p.m.     Jury excused.

Discussion between the Court and counsel regarding the question of front pay as an equitable remedy.  Discussion regarding attorney fees, costs, doubling the award because the retaliation was willful, and the RadioShack lifetime discount card.

**ORDERED:**   Plaintiff shall file a written pleading with the Court on or before **October 8, 2012.**  Defendant shall file a response on or before **October 28, 2012.**  Plaintiff shall file a reply on or before **November 11, 2012.**  Counsel shall include in their pleadings a scheduling order with expected witnesses and time for testimony for a further hearing on equitable relief.

**ORDERED:**   The Court will not be entering final judgment at this time.

12:16 p.m.     Court in recess.
Trial concluded.
Time:  00:16

Clerk's Note: Exhibits and depositions have been returned to counsel.  Pursuant to General Order 2007-03 the original Verdict Form has been filed conventionally by delivery to the clerk's office.  A representation of the Verdict Form is attached to the court minutes.