IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 10-cv-02365-LTB-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

RADIOSHACK CORPORATION,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on February 27, 2013, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this __27th__ day of __February__, 2013.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT