| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A044 (Rev. 11/07) | | | | | | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

INVOICE NO: 00000022

William Moench

Phone:

MAKE CHECKS PAYABLE TO:
MARY J. GEORGE, FCRR, CRR
United States Court Reporter
901 19th Street
Room A258
Denver, CO 80294

Phone: (303) 296-2638

Tax ID: 46-0882873
marygeorge1219@gmail.com

[ ] CRIMINAL  [X] CIVIL    DATE ORDERED: 01-23-2013    DATE DELIVERED: 01-23-2013

Case Style: 10-CV-2365-LTB, EEOC v RadioShack
Copy of testimony of Robert LaJeunesse, 9-12-12
Copy of testimony of Margot Burns, 9-14-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 68 | 0.90 | 61.20 | | 0.60 | | 61.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc.                                                      MISC. CHARGES:

*1-23-13 complete*

| | |
|---|---|
| TOTAL: | 61.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $61.20 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Mary J. George*

DATE: 01-23-2013

(All previous editions of this form are cancelled and should be destroyed)

| | | |
|---|---|---|
| AO44 (Rev. 11/07) | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** | |

INVOICE NO: 00000001

| | |
|---|---|
| William Moench<br><br>,<br><br>Phone: | **MAKE CHECKS PAYABLE TO:**<br>MARY J. GEORGE, FCRR, CRR<br>United States Court Reporter<br>901 19th Street<br>Room A258<br>Denver, CO 80294<br>Phone: (303) 296-2638<br>Tax ID: 46-0882873<br>marygeorge1219@gmail.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED 09-13-2012 | DATE DELIVERED 09-14-2012 |
|---|---|---|---|

Case Style: 10-CV-2365-LTB-BNB, EEOC v RadioShack
Rough Draft Transcript, Testimony of John Wissinger, 9-12-12 and 9-13-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 192 | 2.10 | 403.20 | | | | | | | 403.20 |
| Misc. Desc. | | | | | | | | | | MISC. CHARGES: |

11-28-12
complete
de ob #366.12

| | |
|---|---|
| TOTAL: | 403.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $403.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



## Calderwood-Mackelprang, Inc.
*Registered Professional Reporters*

**BILL TO:**

William Moench, Esq.
EEOC
303 E. 17th Avenue, Suite 410
Denver, CO 80203

| Date | 11/3/2011 |
|---|---|
| Invoice No. | 11 878JM |

*Tax ID: 84 - 1144199*

| DESCRIPTION | AMOUNT |
|---|---|
| Re: EEOC v. Radioshack Corporation | |
| October 26, 2011 | |
| DEPOSITION OF ROBERT LAJEUNESSE, PH.D. | 142.80 |
| Transcript preparation, 68 pgs. - E-Transcript Only | |
| Exhibits, 23 pgs. - scanned & emailed | 3.45 |

**NET 30 DAYS**
**THANK YOU!**

**Total**    **$146.25**

We accept credit cards.

4410 Zuni Street • Denver, Colorado 80211 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



RECEIVED
AUG 08 2011
EEOC DENVER FIELD OFFICE
LEGAL UNIT

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

William Moench, Esq.
EEOC
303 E. 17th Avenue, Suite 410
Denver, CO 80203

| Date | 8/5/2011 |
|---|---|
| Invoice No. | 11 687TH |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: EEOC v. Radioshack Corporation | |
| July 21, 2011 | |
| DEPOSITION OF DAVID WILLIAM NELSON Transcript preparation, 262 pgs. | 576.40 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript delivery | 15.00 |
| Exhibits, 136 pgs. - hard copy and scanned copy | 47.60T |
| Postage/Delivery Fee - May include charge for future delivery of Original transcript | 10.00 |
| City of Denver Sales Tax | 1.72 |

*Handwritten notes:*
8-8-11
658.00
- 650.72
7.28 desk
Complete

**NET 30 DAYS**
**THANK YOU!**

**Total** **$650.72**

th072111aa

We accept credit cards.

4410 Zuni Street • Denver, Colorado 80211 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

/ ✓

# MERRILL CORPORATION
**LegaLink, Inc.**
4144 North Central Expressway
Suite 850
Dallas, TX 75204
Phone: 214.720.4567
Fax: 214.720.4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15044236 | 09/06/2011 | 1501-57175 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/12/2011 | ALLEJI | 10CV02365LTB |

| CASE CAPTION |
|---|
| EEOC v RadioShack Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William Moench
Equal Employment Opportunity Commission
303 East 17th Ave., Suite 410
Denver, CO 80203

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Jeff Bland                                              311.40
(TAXABLE     $    296.40)

                        TOTAL   DUE  >>>>                  311.40
```

Thank you for your business.
Visit us on the web at www.merrillcorp.com/law

9-16-11
$2080.00
− 311.40
1768.60
partial

TAX ID NO.: 20-2665382

(303) 866-1373   Fax (303) 866-1375

*Please detach bottom portion and return with payment.*

William Moench
Equal Employment Opportunity Commission
303 East 17th Ave., Suite 410
Denver, CO 80203

Invoice No.:  15044236
Date       :  09/06/2011
TOTAL DUE  :     311.40

Job No.   :  1501-57175
Case No.  :  10CV02365LTBBNB
EEOC v RadioShack Corporation

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

✓

# MERRILL CORPORATION

**LegaLink, Inc.**
4144 North Central Expressway
Suite 850
Dallas, TX 75204
Phone: 214.720.4567
Fax: 214.720.4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15044232 | 09/06/2011 | 1501-57247 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/11/2011 | ALLEJ1 | 10CV02365LTB |

| CASE CAPTION |
|---|
| EEOC v RadioShack Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William Moench
Equal Employment Opportunity Commission
303 East 17th Ave., Suite 410
Denver, CO 80203

```
Original and 1 Copy of Transcript of:
    Dustin Prestridge            153 Pages @    4.40/Page      673.20
        EXHIBITS                  89 Pages @     .40/Page       35.60
        Delivery                                                21.00
(TAXABLE     $    708.80)
                                                             ─────────
                                  TOTAL  DUE  >>>>             729.80
```

Thank you for your business.
Visit us on the web at www.merrillcorp.com/law

```
        9-16-11
      # 1768.60
      -  729.80
      ─────────
        1038.80
      - 1038.80  deob
      ─────────
              $  complete
```

TAX ID NO.: 20-2665382                                    (303) 866-1373    Fax (303) 866-1375

*Please detach bottom portion and return with payment.*

William Moench
Equal Employment Opportunity Commission
303 East 17th Ave., Suite 410
Denver, CO 80203

Invoice No.: 15044232
Date       : 09/06/2011
**TOTAL DUE** :    729.80

Job No.   : 1501-57247
Case No.  : 10CV02365LTBBNB
EEOC v RadioShack Corporation

Remit To:  **LegaLink, Inc.**
           PO Box 277951
           Atlanta, GA 30384

# NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**WILLIAM E. MOENCH ESQUIRE**
UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
303 EAST 17TH AVENUE, SUITE 410
DENVER, CO 80203

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 10/21/2011 | | |
| Case\Assg No. | 14689-1 | Invoice # | 50761 |
| Case Caption: | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. RADIOSHACK CORPORATION | Invoice Date | 11/03/2011 |

## APPEARANCE ONLY

**Remarks**

APPEARANCE ONLY - NO ORDER OF DEPONENTS ZHEN WU AND KEVIN JOHN ANDREWS.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $405.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $405.00 |

*Handwritten notes:*
11-09-11
10PH001)
1601.00
-405.00 partial
1196.00

Net Terms: 30 Days

Phone: (800) 528-3335

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
  VISA    MasterCard
  American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #    Exp. Date    Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

**WILLIAM E. MOENCH ESQUIRE**
UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
303 EAST 17TH AVENUE, SUITE 410
DENVER, CO 80203

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | |
|---|---|
| Asg. Date: | 11/09/2011 |
| Case\Assg No. | 14689-2 |
| Case Caption: | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. RADIOSHACK CORPORATION |

Invoice # 51057
Invoice Date 11/30/2011

*ORIGINAL / INDEX / DEPOSITION OF KEVIN JOHN ANDREWS*
*ORIGINAL / INDEX / DEPOSITION OF ZEHN WU*

**Remarks**
FREE ELECTRONIC DELIVERY (REPOSITORY), SYNCHRONIZED AUDIO TRANSCRIPT & CONDENSED TRANSCRIPT!

KEVIN ANDREWS TRANSCRIPT $342.85 & EXHIBITS $6.75, ZEHN WU TRANSCRIPT $722.05 & EXHIBITS $36.75, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,168.40 |
| Interest | $17.53 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,185.93 |

JAN 17 2012

Thank you!
Damion

Phone: (800) 528-3335

Clients are respor... delinquent.

**Method of Payment:**
Check Enclosed
Please Make Checks Payabl... ur credit card)

NAEGELI REPORTING CORP

Credit Card # ...ING STATEMENT)

Fax: (503) 227-7123

NAEGELI REPORTING COR
111 SW 5TH AVE STE 20
PORTLAND, OR 97204
503-227-1544
TERMINAL ID: 0010540008018920028030
MERCHANT #: 8018920028
VISA
XXXXXXXXXXXX4294 EXP:XX/XX KEYED CHP
SALE
RECORD: 1 INU: 000001
DATE: Jan 17, 12 TIME: 16:05
BATCH: 000491 AUTH: 062251
AVS: A
CVV2: P
TOTAL $1185.93

I-14689.2
I-51057

# RASBERRY & ASSOCIATES, INC.
*CERTIFIED SHORTHAND REPORTERS*
*300 E. MAIN, SUITE 1024*
*EL PASO, TEXAS 79901-1350*
*(915) 533-1199   1-800-526-5913*
*TELEFAX (915) 542-1661   IRS ID# 74-2544807*

MR. WILLIAM MOENCH
EQUAL EMPLOYMENT OPPORTUNITY COMM.
TRIAL ATTORNEY
303 EAST 17TH AVENUE, SUITE 410
DENVER, CO 80203

December 9, 2011

**Invoice#** 143734

**Balance:** $130.14

**Re:** EEOC VS. RADIOSHACK CORPORATION
10-CV-02365-LTB-BNB
*on* 10/31/11   *Billed* 12/09/11
*by* TERI FINNEGAN

## *Invoicing Information*

Charge Description
COPY OF THE DEPOSITION OF:
GERALD BOULTER

1-11-12
150.00
-130.14
─────
19.86
de b
─────
∅

**RECEIVED**
DEC 15 2011
EEOC DENVER FIELD OFFICE
LEGAL UNIT

.50% per month on unpaid balance Net 30

P l e a s e   R e m i t   - - ->   Total Due:   $130.14

*PLEASE CALL US FOR ALL YOUR VIDEO, SUBPOENA/*
*PROCESS SERVICE NEEDS. THANK YOU FOR YOUR BUSINESS*

**If payment mailed by 12/24/11, remit only     $123.63**

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2011 | 5632 |

Stormo Reporting, Inc.
4847 Ashbrook Circle
Highlands Ranch, Colorado 80130-8839
(303) 200-4792   ID#42-1572451

**PAID**

**Bill To**

Equal Employment Opportunity Commission
William E. Moench, Esq.
303 East 17th Avenue, Suite 410
Denver, Colorado 80203

| Client | Terms |
|---|---|
| EEOC | Net 15 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 148 | Original Transcript - Deposition of Eugene Ellis Cummings Jr. taken 7/29/2011 | 3.60 | 532.80 |
| 4.5 | Hours - Appearance Fee for the Deposition of Eugene Ellis Cummings Jr. | 20.00 | 90.00 |
| 1 | Additional Full Size Transcript Copy | 20.00 | 20.00 |
| 117 | Exhibit Management - Scanned & Emailed | 0.25 | 29.25 |
| 1 | E-Transcript & ASCII File | 10.00 | 10.00 |
| 1 | Delivery | 9.00 | 9.00 |
| 2 | Transcript Word Index | 0.00 | 0.00 |
|  | Equal Employment Opportunity Commission v. RadioShack Corporation |  |  |

Thank you for using our firm.

**Total**  $691.05

# Invoice

Stormo Reporting, Inc.
4847 Ashbrook Circle
Highlands Ranch, Colorado 80130-8839
(303) 200-4792   ID#42-1572451

**PAID**

| Date | Invoice # |
|---|---|
| 10/10/2011 | 5705 |

**Bill To**

Equal Employment Opportunity Commission
William E. Moench, Esq.
303 East 17th Avenue, Suite 410
Denver, Colorado 80203

| Client | Terms |
|---|---|
| EEOC | Net 15 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 249 | Original Transcript - Deposition of John Wissinger taken 9/20/2011 | 3.60 | 896.40 |
| 5.5 | Hours - Appearance Fee for the Deposition of John Wissinger | 20.00 | 110.00 |
| 1 | Additional Full-Size Copy | 20.00 | 20.00 |
| 16 | Exhibit Management | 0.25 | 4.00 |
| 16 | Exhibit Management - Scanned & Emailed | 0.20 | 3.20 |
| 1 | E-Transcript and ASCII File | 10.00 | 10.00 |
| 1 | Delivery | 9.00 | 9.00 |
| 1 | Transcript Word Index | 0.00 | 0.00 |
| | EEOC v. RadioShack Corporation | | |
| | FPPH011468 | | |

Thank you for using our firm.

**Total** $1,052.60

# Invoice

Stormo Reporting, Inc.
4847 Ashbrook Circle
Highlands Ranch, Colorado 80130-8839
(303) 200-4792   ID#42-1572451

**PAID**

| Date | Invoice # |
|---|---|
| 11/28/2011 | 5768 |

| Bill To |
|---|
| Equal Employment Opportunity Commission<br>William E. Moench, Esq.<br>303 East 17th Avenue, Suite 410<br>Denver, Colorado  80203 |

| Client | Terms |
|---|---|
| EEOC | Net 15 |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 62 | Original Transcript - Deposition of Margot M. Burns taken 10/25/2011 | 3.60 | 223.20 |
| 1.75 | Hours - Appearance Fee for the Deposition of Margot M. Burns | 20.00 | 35.00 |
| 59 | Exhibit Management - Scanned to CD | 0.20 | 11.80 |
| 1 | E-Transcript & ASCII on Disk | 10.00 | 10.00 |
| 1 | Additional Full-Size Transcript | 20.00 | 20.00 |
| 1 | Shamrock Delivery | 12.00 | 12.00 |
| | EEOC v. RadioShack Corporation | | |
| | 1912GCPHO0002 | | |

Thank you for using our firm.

**Total**  $312.00



151 Country Estates Circle
Reno, NV 89511
Phone: 800-330-1112
Fax: 702-631-7351
Discovery • Depositions • Decisions   www.litigationservices.com

# STATEMENT

| Account No. | Date |
|---|---|
| F6132 | 12/2/2011 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $394.20 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$394.20** |

Accounts Payable
Equal Employment Opportunity Commission
303 East 17th Avenue
Suite 410
Denver, CO  80203

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/4/2011 | 887939 | 394.20 | 10/20/2011 | Bryan E. Chun | Equal Employment Opportunity Commission vs. Radioshack Corporation |

**Tax ID:** 20-3835523

Phone: 303-866-1378   Fax:303-866-1085

*Please detach bottom portion and return with payment.*

---

Accounts Payable
Equal Employment Opportunity Commission
303 East 17th Avenue
Suite 410
Denver, CO  80203

Account No.  : F6132
Date         : 12/2/2011

**Total Due**  : $ 394.20

Remit To:  **Sunshine Reporting and Litigation Services, LLC**
**3770 Howard Hughes Parkway**
**Suite 300**
**Las Vegas, NV  89169**

# Van Pelt Corbett Bellows

Accounting Department
20328 - 30th Ave NE
Lake Forest Park, WA 98155

# Invoice

View your invoice online at www.vanpeltdep.com

Terms: Net 30

12% per annum Finance Charges will be assessed after 30 days

William E. Moench
EEOC - Denver Field Office
303 E. 17th Ave, #410
Denver, CO 80203

| Invoice Date | Invoice # |
|---|---|
| 10/12/2011 | 4775MM |

| | |
|---|---|
| Date: | 9/23/2011 9:00:00 AM |
| Case: | EEOC v Radioshack |
| Witness: | Frank Espinoza |
| Case #: | 10-cv-02365-LTB-BNB |
| Reporter: | Katherine Cullman |

| Description | Total |
|---|---|
| Appearance | $137.50 |
| Transcript (O+1) | $321.20 |
| Delivery and Handling | $15.00 |
| Sub Total | $473.70 |
| Payments | $0.00 |
| Balance Due | $473.70 |

*handwritten notes:*
10 PHOON
437

11-04-11
1028.75
- 473.70   Complete
555.05    debt
ø         balance

Taxpayer Identification 75-3053993

THANK YOU

206-682-9339 • Fax 206-682-9978 • www.vanpeltdep.com • reporters@vanpeltdep.com