Invoice

## Margot Burns & Associates, LLC

1633 Fillmore Street
Suite 406
Denver, CO 80206

Phone #   303 955-4219          margot@margotburnsassoc.com
Fax #     303 942-3521

| Date | Invoice # |
|---|---|
| 10/26/2011 | 513 |

**Bill To**

William Moench
Equal Employment Opportunity Commission
Denver Field Office
303 17th Ave., Suite 410
Denver, CO 80203

| Date | Hours | Service Code | Description | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2011 | 2 | Deposition | Deposition of Margot Burns re: David Nelson | 325.00 | 650.00 |

*Handwritten notes:*
IOP+IO 01)
11-04-11
$1,000.00
− 650.00 complete
350.00 deob,
∅ bal.

Tax I. I. #: 20-3443260

| | |
|---|---|
| **Invoice Total** | $650.00 |
| Payments/credits | $0.00 |
| **Total Balance Due** | $650.00 |