# INVOICE ✓

*AB Document Services, Inc.*
National Coverage · 1-800-739-4846
303-893-1281 · Fax 303-296-0203
ABDocumentsvcs.com · Billing@ABDocumentsvcs.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15688 | 11/30/2010 | 8720 |

| Job Date | Case No. |
|---|---|
| 11/19/2010 | |

| Case Name |
|---|
| EEOC DENVER DISTRICT OFFICE - COPY/SCAN JOB |

| Payment Terms |
|---|
| Net 30 |

KAREN MORRISON
EEOC DENVER DISTRICT OFFICE
303 E 17TH AVE
STE 410
DENVER, CO  80203

EEOC VS RADIO SHACK

| | | | |
|---|---|---|---|
| Scan / Standard Intervention | 547.00 | Quantity | 76.58 |
| Scan / OCR (Searchable) | 547.00 | Quantity | 5.47 |
| Case Map Load File | | | 10.00 |
| Courier | | | 0.00 |

**TOTAL DUE >>>**  $92.05

Agren Blando was Voted Best Colorado Court Reporter / Videographer
By Law Week Colorado Barristers's Best 2010
We Thank You for your votes!

*12-02-10*
*EECPHD10052*
*partial*

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 92.05 |

**Tax ID:** 841334569

Phone: 303-866-1300   Fax:303-

*Please detach bottom portion and return with payment.*

KAREN MORRISON
EEOC DENVER DISTRICT OFFICE
303 E 17TH AVE
STE 410
DENVER, CO  80203

| | | | |
|---|---|---|---|
| Job No. | : 8720 | BU ID | : AB Doc |
| Case No. | : | | |
| Case Name | : EEOC DENVER DISTRICT OFFICE - COPY/SCAN JOB | | |
| Invoice No. | : 15688 | Invoice Date | : 11/30/2010 |
| **Total Due** | : **$92.05** | | |

## PAYMENT WITH CREDIT CARD

AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Agren Blando Court Reporting & Video Inc.**
**216 16th Street, Suite 650**
**Denver, CO  80202**



**AB Document Services, Inc.**
National Coverage · 1-800-739-4846
303-893-1281 · Fax 303-296-0203
ABDocumentsvcs.com · Billing@ABDocumentsvcs.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41518 | 9/6/2012 | 26303 |
| **Job Date** | **Case No.** | |
| 9/4/2012 | | |
| **Case Name** | | |
| EEOC DENVER DISTRICT OFFICE - COPY/SCAN JOB | | |
| **Payment Terms** | | |
| Net 30 | | |

KAREN MORRISON
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
303 E. 17th Avenue, Suite 410
Denver, CO  80203

Document Printout
    RADIO SHACK EXHIBITS

| | | | |
|---|---|---|---:|
| Scan / Color (Business)  Blowback | 855.00 | Quantity | 299.25 |
| City and County of Denver Tax | 299.25 | Quantity | 14.42 |
| Colorado State Tax | 299.25 | Quantity | 5.99 |
| Courier | | | 0.00 |

**TOTAL DUE >>>**     **$319.66**

*To ensure proper payment posting please include the invoice number with your remittance information.

Access your transcripts, invoices, and more on our secure online repository by emailing MyTeam@Agren.com for your user name, password and link to your exclusive web page.

Finance charges will be applied monthly for invoices unpaid over 30 days.

| | |
|---|---:|
| **(-) Payments/Credits:** | 319.66 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 841334569        Phone: 303-866-1300    Fax:303-866-1085

*Please detach bottom portion and return with payment.*

KAREN MORRISON
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
303 E. 17th Avenue, Suite 410
Denver, CO  80203

| | | | |
|---|---|---|---|
| Job No. | : 26303 | BU ID | : AB Doc |
| Case No. | : | | |
| Case Name | : EEOC DENVER DISTRICT OFFICE - COPY/SCAN JOB | | |
| Invoice No. | : 41518 | Invoice Date | : 9/6/2012 |
| **Total Due** | : **$0.00** | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:_____

Card Number:_____

Exp. Date:_____ Phone#:_____

Billing Address:_____

Zip:_____ Card Security Code:_____

Amount to Charge:_____

Cardholder's Signature:

Remit To:    **Agren Blando Court Reporting & Video, Inc.**
                **216 16th Street, Suite 600**
                **Denver, CO  80202**