

633 Yesler Way Seattle, WA 98104   www.abclegal.com
206 521-9000    Fax: 206 224-3409

# PROCESS SERVICE INVOICE

**Bill To:**

**US EEOC - DENVER**
**303 E. 17TH AVE  SUITE 410**
**DENVER, CO 80203**

Account #: 10620
Attention:  ROCHELLE HARRIS   303-866-1314

INVOICE #: **7201341**

DATE:        Sep 2 2011
BILL REF:

**AMOUNT DUE : $95.00**

| | |
|---|---|
| CASE NAME: | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. RADIOSHACK CORPORATION |
| SERVEE: | FRANK ESPINOZA |
| PERSON SERVED: | Frank Espinoza |
| SERVICE DATE: | Aug 30 2011 1:19PM   SERVED BY:  J. Bradford |
| SERVICE ADDRESS: | 2101 4TH AVE SUITE 1250 SEATTLE, WASHINGTON 98023 |
| DOCUMENTS SERVED: | LETTER; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION |

**SERVICE HISTORY**

08/30/2011    Local Service Event: Served      08/30/11 13:19 (SVD PRI)
08/26/2011    Work Order Received and Entered

**SERVICE NOTE**                                      **BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| SERVICE OF PROCESS | | 95.00 |
| | SUB TOTAL | 95.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | **95.00** |

**RECEIVED**

SEP 13 2011

EEOC DENVER FIELD OFFICE
LEGAL UNIT

9-21-11
Complete

**OFFICIAL  PROCESS  SERVER  TO**
**U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.**

Page 1 of 1
OR_PERLGR14

# Romero Investigations and Process Serving

P.O. Box 27155
Denver, CO 80227

Client: EEOC
Date: August. 30, 2012

*Radio Shack*

| Date | Service | Description | Charge |
|------|---------|-------------|--------|
| 8/29/2012 | Ronald S. Donner | Subp., Letter | 45 |
| | | | |
| | | **Balance Due:** | 45 |

**This is your bill, due upon receipt at end of month or you will be assessed 1.5% on your unpaid bill.**