# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

| 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE | 2. TYPE OF TRAVEL | 3. VOUCHER NO. 3212 GCPH00176 |
|---|---|---|
| EEOC, Phoenix District Office, Denver Field Office, Legal Unit | [X] TEMPORARY DUTY<br>[ ] PERMANENT CHANGE OF STATION | 4. SCHEDULE NO. |

**TRAVELER PAYEE**

| 5. a. NAME (Last, first middle initial) | b. SOCIAL SECURITY NO. | 6. PERIOD OF TRAVEL |
|---|---|---|
| BOULTER, GERALD | | a. FROM 09/10/12  b. TO 09/11/12 |
| c. MAILING ADDRESS (Include ZIP Code)<br>12408 Cabada Nevada Dr.<br>El Paso, TX 79938 | d. OFFICE TELEPHONE NO.<br><br>303-866-1373 | 7. TRAVEL AUTHORIZATION<br>a. NUMBER(S)  b. DATE(S)<br><br>3212GCPH00 |
| e. PRESENT DUTY STATION | f. RESIDENCE (City and State) | |

| 8. TRAVEL ADVANCE | | 9. CASH PAYMENT RECEIPT | 10. CHECK NO. |
|---|---|---|---|
| a. Outstanding | | a. DATE RECEIVED   b. AMOUNT RECEIVED $ | 11. PAID BY #549 2/28/13 |
| b. Amount to be applied | | | |
| c. Amount due Government<br>(Attached) [ ] Check  [ ] Cash | | c. PAYEE'S SIGNATURE | |
| d. Balance outstanding | | | |

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon, if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)    Traveler's Initials

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | TO (f) |
|---|---|---|---|---|---|---|
| United | $833.60 | | Y. | | El Paso, TX<br>AND RETURN | Denver, CO |

13. I certify that this voucher is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE: *[signature]*   DATE: 2-14-13

AMOUNT CLAIMED: $ 219.00

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $30,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).

APPROVING OFFICIAL SIGN HERE: *[signature]*   DATE: 2/11/13

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION

| a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR |
|---|---|---|

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT
AUTHORIZED CERTIFYING OFFICIAL SIGN HERE: *Rayford O. Irwin*   DATE:

17. FOR FINANCE OFFICE USE ONLY — COMPUTATION
a. DIFFERENCES IF ANY (Explain and show amount)  $
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION   Certifier's Initials  $
c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol):  $
d. NET TO TRAVELER  $

18. ACCOUNTING CLASSIFICATION

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of (unless information is shown on the travel authorization).

Col. (d) thru (h) } Show amount incurred for each meal, including tax and tips, and daily total meal cost.

Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals).

(i) Complete for per diem and actual expense travel.
(j) Show total subsistence expense incurred for actual expense travel.
(k) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (i) or maximum rate.
(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this PAGE if this is a continuation sheet. PAGES 2 OF 2

TRAVEL AUTHORIZATION NO. 3212GCPHO0176

TRAVELER'S LAST NAME: BOULTER

| DATE 19 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations) (c) | MEALS BREAKFAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE (j) | MILEAGE RATE NO. OF MILES (k) | MILEAGE (l) | AMOUNT CLAIMED SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 091012 | | El Paso, TX - mileage Shuttle | | | | | | | | | | | |
| 091012 | | El Paso, TX - air | | | | | 30.00 | | | | | | 30.00 |
| 091012 | | Denver, CO - taxi/shuttle | | | | | 30.00 | | | | | | 30.00 |
| 091012 | | Denver, CO - per diem | | | | 49.50 | | | | | | | 49.50 | |
| 091012 | | Denver, CO - hotel | | | | | | | | | | | |
| 091112 | | Denver, CO - per diem | | | | 49.50 | | | | | | | 49.50 | |
| 091112 | | Denver, CO - taxi/shuttle | | | | | 30.00 | | | | | | | 30.00 |
| 091112 | | Denver, CO - air | | | | | | | | | | | | |
| 091112 | | El Paso, TX - mileage Shuttle | | | | | 30.00 | | | | | | | 30.00 |
| | | SUBTOTALS | | | | | | | | | | 219.00 | |
| | | TOTALS | | | | | | | | | | 219.00 | |
| | | TOTAL AMOUNT CLAIMED | | | | | | | | | | | $219.00 |

If additional space is required continue on another SF-1012-A BACK, leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided. Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 10-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011 (b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (25 U.S.C. 6011 (b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be taxable income your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.

STANDARD FORM 1012 BACK (10-77)

chk 512 11/28/12
pl

| TRAVEL VOUCHER<br>*(Read the Privacy Act Statement on the back)* | 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE<br>EEOC, Phoenix District Office, Denver Field Office, Legal Unit | 2. TYPE OF TRAVEL<br>[X] TEMPORARY DUTY<br>[ ] PERMANENT CHANGE OF STATION | 3. VOUCHER NO.<br>3212GCPH00177<br>4. SCHEDULE NO. |
|---|---|---|---|

**TRAVELER PAYEE**

| 5. a. NAME *(Last, first middle Initial)* | b. SOCIAL SECURITY NO. | 6. PERIOD OF TRAVEL | |
|---|---|---|---|
| CHUN, BRYAN E. | ▓▓▓-▓▓-0475 | a. FROM 09/10/12 | b. TO 09/12/12 |
| c. MAILING ADDRESS *(Include ZIP Code)*<br>8996 Grissom Way<br>Reno, NV 89506 | d. OFFICE TELEPHONE NO.<br>303-866-1373 | 7. TRAVEL AUTHORIZATION<br>a. NUMBER(S) | b. DATE(S) |
| e. PRESENT DUTY STATION | f. RESIDENCE *(City and State)*<br>Reno, Nevada | 10. CHECK NO. | |

| 8. TRAVEL ADVANCE | | 9. CASH PAYMENT RECEIPT | | 11. PAID BY |
|---|---|---|---|---|
| a. Outstanding | | a. DATE RECEIVED | b. AMOUNT RECEIVED $ | |
| b. Amount to be applied | | | | |
| c. Amount due Government<br>(Attached) [ ] Check [ ] Cash | | c. PAYEE'S SIGNATURE | | |
| d. Balance outstanding | | | | |

| 12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon, if cash is used show claim on reverse side.)* | I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) | | | | Traveler's Initials | |
|---|---|---|---|---|---|---|
| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER *(Initials)* (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL | |
| | | | | | FROM (e) | TO (f) |
| United | $415.60 | | Y | | Reno, NV<br>AND RETURN | Denver, CO |

13. I certify that this voucher is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE [signature] DATE 11/08/2012 AMOUNT CLAIMED $ 238.32

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $30,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; I.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).

APPROVING OFFICIAL SIGN HERE [signature] DATE 11/15/12

17. FOR FINANCE OFFICE USE ONLY COMPUTATION
a. DIFFERENCES IF ANY *(Explain and show amount)* $

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION
Certifier's Initials $

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT
AUTHORIZED CERTIFYING OFFICIAL SIGN HERE [signature: Rayford O. Irwin] DATE

c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $
d. NET TO TRAVELER $

18. ACCOUNTING CLASSIFICATION

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA FPMR (41 CFR) 101-7

| | | | ITEMIZED SUBSISTENCE EXPENSES | | | | | | MILEAGE RATE: C 5.5¢ | | AMOUNT CLAIMED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE 19 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS | | | | MISCEL-LANEOUS SUBSIS-TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE (j) | NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
| | | | BREAK-FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | | | | | | | |
| 091012 | | Reno, NV - mileage to Airport | | | | | 30.00 | | | 12 | #6.66 | 30.00 | |
| 091012 | | Reno, NV - air | | | | | | | | | | | |
| 091012 | | Denver, CO - taxi/shuttle | | | | | 30.00 | | | | | 30.00 | 30.00 |
| 091012 | | Denver, CO - per diem | | | | 49.50 | | | | | | 49.50 | |
| 091012 | | Denver, CO - hotel | | | | | | | | | | | |
| 091112 | | Denver, CO - per diem | | | | 66.00 | | | | | | 66.00 | |
| 091112 | | Denver, CO - hotel | | | | | | | | | | | |
| 091212 | | Denver, CO - per diem | | | | 49.50 | | | | | | 49.50 | |
| 091212 | | Denver, CO - taxi/shuttle | | | | | 30.00 | | | | | 30.00 | 30.00 |
| 091212 | | Denver, CO - air | | | | | | | | | | | |
| 091112 | | El Paso, TX - mileage | | | | | 30.00 | | | | | 30.00 | |
| | | Reno NV - Mileage | | | | | | | | 12 | #6.66 | | |
| | | | | | | | | | | | | 165.00 | |
| | | | | | | SUBTOTALS | | | | 13.32 | 285.00 | 60.00 | |
| | | | | | | TOTALS | | | | | 285.00 | | |

TOTAL AMOUNT CLAIMED: $238.32 11/15/12 / $285.00

Standard Form No. 1157
7 GAO 5920
1157-103

# CLAIM FOR FEES
# AND MILEAGE OF WITNESS

Sheet No. _____

Case No. _____

(ATTACH TO STANDARD FORM NO. 1156)

U.S. Equal Employment Opportunity Comm
*Department, Bureau, or Establishment*

---

Name _____ Ronald Dunner _____ Address __ 370 S. Colorado Blvd., Glendale, CO __

Dates of travel _____ 09/10/12 _____ Dates of attendance _____ 09/10/12 _____

Date and hour discharged from further attendance _____ 09/10/12 _____

For travel from _____ Glendale, CO 80246 _____ to _____ Denver, CO 80203 _____ and return

Via *(mode of travel must be specified)* _____

| | | DOLLARS | CENTS | NOTATIONS |
|---|---|---|---|---|
| 8 miles traveled at 565 cents per mile *(number of round trips 1 )* | | 4 | 52 | |
| 1 days in attendance and time necessarily occupied in going to and returning from place of attendance at $ 40.00 per day | | 40 | 00 | |
| ____ days in attendance and time necessarilty occupied in going to and returning from place of attendance at $ ____ per day in lieu of subsistence | | | | |
| | AMOUNT CLAIMED | 44 | 52 | |
| Less: Amount previously advanced | | | | |
| | NET AMOUNT DUE | 44 | 52 | |

*I certify that the amounts claimed above are correct and just; that payment has not been received; and that at time of travel and attendance I was NOT a salaried employee of the Government or a detained witness.*

(Payee will NOT use this space)

Differences

Account verified; correct for

Signature or initials                   Paid by Check No.

SIGN
ORIGINAL
ONLY
_____
(Payee's signature)

Approved for $ _____ 44.52 _____   By _____

Date _____ 09/10/12 _____   Title _____ William E. Moench, Trial Attorney _____

U.S. GOVERNMENT PRINTING OFFICE 1959-O-507340

Standard Form No. 1157
7 GAO 5920
1157-103

(ATTACH TO STANDARD FORM NO. 1156)

# CLAIM FOR FEES AND MILEAGE OF WITNESS

Sheet No. _____

Case No. _____

U.S. Equal Employment Opportunity Comm
*Department, Bureau, or Establishment*

Name __ Dixie Lee __ Address __ 715 S. Alton Way, #11D, Denver, CO 80247

Dates of travel __ 09/10/12 __ Dates of attendance __ 09/10/12

Date and hour discharged from further attendance __ 09/10/12

For travel from __ Denver, CO 80247 __ to __ Denver, CO 80203 __ and return

Via *(mode of travel must be specified)* _____

| | DOLLARS | CENTS | NOTATIONS |
|---|---|---|---|
| 18 miles traveled at 565 cents per mile *(number of round trips 1 )* | 10 | 17 | |
| 1 days in attendance and time necessarily occupied in going to and returning from place of attendance at $ 40.00 per day | 40 | 00 | |
| ___ days in attendance and time necessarilty occupied in going to and returning from place of attendance at $ ___ per day in lieu of subsistence | | | |
| AMOUNT CLAIMED | 50 | 17 | |
| Less: Amount previously advanced | | | |
| NET AMOUNT DUE | 50 | 17 | |

*I certify that the amounts claimed above are correct and just; that payment has not been received; and that at time of travel and attendance I was NOT a salaried employee of the Government or a detained witness.*

(Payee will NOT use this space)

Differences _____

Account verified; correct for

Signature or initials            Paid by Check No.

SIGN ORIGINAL ONLY
_____
(Payee's signature)

Approved for $ __ 50.17 __     By _____

Date __ 09/10/12 __            Title __ William E. Moench, Trial Attorney

U.S. GOVERNMENT PRINTING OFFICE: 1959-O-507340

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

| 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE | 2. TYPE OF TRAVEL | 3. VOUCHER NO. |
|---|---|---|
| EEOC, Phoenix District Office, Denver Field Office, Legal Unit | [X] TEMPORARY DUTY <br> [ ] PERMANENT CHANGE OF STATION | 4. SCHEDULE NO. |

**5. TRAVELER PAYEE**

| a. NAME *(Last, first middle initial)* | b. SOCIAL SECURITY NO. | 6. PERIOD OF TRAVEL | |
|---|---|---|---|
| OSTHEIMER, TERRY | | a. FROM 09/10/12 | b. TO 09/11/12 |
| c. MAILING ADDRESS *(Include ZIP Code)* <br> 17212 E. Morningside Lane <br> Green Acres, WA 99016 | d. OFFICE TELEPHONE NO. <br><br> 303-866-1373 | 7. TRAVEL AUTHORIZATION <br> a. NUMBER(S) | b. DATE(S) |
| e. PRESENT DUTY STATION | f. RESIDENCE *(City and State)* | | |

| 8. TRAVEL ADVANCE | 9. CASH PAYMENT RECEIPT | 10. CHECK NO. |
|---|---|---|
| a. Outstanding | a. DATE RECEIVED / b. AMOUNT RECEIVED $ | 11. PAID BY |
| b. Amount to be applied | | |
| c. Amount due Government <br> (Attached) [ ] Check [ ] Cash | c. PAYEE'S SIGNATURE | |
| d. Balance outstanding | | |

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon, if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) — Traveler's Initials

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL | |
|---|---|---|---|---|---|
| | | | | FROM (e) | TO (f) |
| Southwest | $279.60 | Y | | Spokane, WA <br><br> AND RETURN | Denver, CO |

13. I certify that this voucher is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE | DATE | AMOUNT CLAIMED $

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $30,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; I.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).

APPROVING OFFICIAL SIGN HERE | DATE

17. FOR FINANCE OFFICE USE ONLY — COMPUTATION
a. DIFFERENCES IF ANY *(Explain and show amount)* $

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION

| a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR |
|---|---|---|

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's Initials $

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE | DATE

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $
d. NET TO TRAVELER $

18. ACCOUNTING CLASSIFICATION

1012-114

STANDARD FORM 1012 (REV. 10-77) <br> Prescribed by GSA FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of (unless information is shown on the travel authorization.)

Complete only for actual expense travel

Col. (d) thru (g) Show amount incurred for each meal, including tax and tips, and daily total meal cost.
(h) Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals).
(i) Complete for per diem and actual expense travel.
(j) Show total subsistence expense incurred for actual expense travel.
(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (i) or maximum rate.
(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this information PAGE 2
If this is a continuation sheet. OF PAGES 2

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: OSTHEIMER

| DATE 19 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | BREAKFAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE (j) | MILEAGE RATE: NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 091012 | | Spokane, WA - mileage | | | | | | | | | | | |
| 091012 | | Spokane, WA - air | | | | | 30.00 | | | | | 30.00 | |
| 091012 | | Denver, CO - taxi/shuttle | | | | | | | | | | | |
| 091012 | | Denver, CO - per diem | | | | | 30.00 | | | | | 30.00 | |
| 091012 | | Denver, CO - hotel | | | | 49.50 | | | | | | | |
| 091112 | | Denver, CO - per diem | | | | | | | | | | 49.50 | |
| | | | | | | 49.50 | | | | | | 49.50 | |
| 091112 | | Denver, CO - taxi/shuttle | | | | | 30.00 | | | | | 30.00 | |
| 091112 | | Denver, CO - air | | | | | | | | | | | |
| 091112 | | Spokane, WA - mileage | | | | | 30.00 | | | | | 30.00 | |

*If additional space is required continue on another SF-1012-A BACK, leaving the front blank.*

| SUBTOTALS | | | 219.00 | |
| TOTALS | | | 219.00 | |

In compliance with the Privacy Act of 1974, the following information is provided. Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 10-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011 (b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (25 U.S.C. 6011 (b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

| TOTAL AMOUNT CLAIMED | $219.00 |

STANDARD FORM 1012 BACK (10-77)

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

**1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE:** EEOC, Phoenix District Office, Denver Field Office, Legal Unit

**2. TYPE OF TRAVEL:** [X] TEMPORARY DUTY  [ ] PERMANENT CHANGE OF STATION

**3. VOUCHER NO.:**

**4. SCHEDULE NO.:**

**5. TRAVELER / PAYEE**

a. **NAME** (Last, first middle initial): WU, ZHEN

b. **SOCIAL SECURITY NO.:** 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

c. **MAILING ADDRESS** (Include ZIP Code): Habitat Resource Properties, 5555 SW Boundary St. Portland, OR 97221

d. **OFFICE TELEPHONE NO.:** 303-866-1373

e. **PRESENT DUTY STATION:**

f. **RESIDENCE** (City and State): PORTLAND OR

**6. PERIOD OF TRAVEL**
a. FROM: 09/10/12
b. TO: 09/12/12

**7. TRAVEL AUTHORIZATION**
a. NUMBER(S):
b. DATE(S):

**10. CHECK NO.:**

**11. PAID BY:**

**8. TRAVEL ADVANCE**
a. Outstanding
b. Amount to be applied
c. Amount due Government (Attached) [ ] Check [ ] Cash
d. Balance outstanding

**9. CASH PAYMENT RECEIPT**
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attach passenger coupon. If cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)  Traveler's Initials

| (a) AGENT'S VALUATION OF TICKET | (b) ISSUING CARRIER (Initials) | (c) MODE, CLASS OF SERVICE AND ACCOMMODATIONS | (d) DATE ISSUED | (e) FROM | (f) TO |
|---|---|---|---|---|---|
| Alaska Air $325.60 | | Y | | Seattle, WA AND RETURN | Denver, CO |

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

**TRAVELER SIGN HERE:** [signed]  **DATE:** 9/10/12  **AMOUNT CLAIMED:** $225.00

**NOTE:** Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $30,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287, I.d. 1001).

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).

**APPROVING OFFICIAL SIGN HERE**  DATE

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**
a. VOUCHER NO.
b. D.O. SYMBOL
c. MONTH & YEAR

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**
**AUTHORIZED CERTIFYING OFFICIAL SIGN HERE**  DATE

**17. FOR FINANCE OFFICE USE ONLY — COMPUTATION**
a. DIFFERENCES IF ANY (Explain and show amount) $
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION  Certifier's Initials  $
c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $
d. NET TO TRAVELER  $

**18. ACCOUNTING CLASSIFICATION**

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA FPMR (41 CFR) 101-7

SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

INSTRUCTIONS TO TRAVELER (Unlisted items are self-explanatory)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of (unless information is shown on the travel authorization.)

Complete only for actual expense travel

Col. (d) thru (g) Show amount incurred for each meal, including tax and tips, and daily total meal cost.
(h) Show expenses, such as; laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals).
(i) Complete for per diem and actual expense travel.
(j) Show total subsistence expense incurred for actual expense travel.
(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (i) or maximum rate.
(n) Show expenses, such as; taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this information if this is a continuation sheet. PAGE 2 OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME
WU

| DATE 19 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSISTENCE EXPENSES ||||| MILEAGE RATE: C 0.55 || AMOUNT CLAIMED |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MEALS |||| MISCEL-LANEOUS SUBSIS-TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE (j) | NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
| | | | BREAK-FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | | | | | | | |
| 091012 | | Portland, OR - mileage | | | | | 30.00 | | | | | 30.00 | |
| 091012 | | Portland, OR - air | | | | | | | | | | | |
| 091012 | | Denver, CO - per diem | | | | 49.50 | | | | | | 49.50 | |
| 091012 | | Denver, CO - hotel | | | | | | | | | | | |
| 091112 091112 | | Denver, CO - per diem | | | | 66.00 | | | | | | 66.00 | |
| 091112 | | Denver, CO - hotel | | | | | | | | | | | |
| 091112 | | Denver, CO - per diem | | | | 49.50 | | | | | | 49.50 | |
| 091212 | | Denver, CO - air | | | | | | | | | | | |
| 091212 | | Seattle, WA - mileage | | | | | 30.00 | | | | | 30.00 | |
| | | SUBTOTALS | | | | | | | | | | 225.00 | |
| | | TOTALS | | | | | | | | | | 225.00 | |

If additional space is required continue on another SF-1012-A BACK, leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided. Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 10-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011 (b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (25 U.S.C. 6011 (b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.

| TOTAL AMOUNT CLAIMED | $225.00 |
|---|---|

STANDARD FORM 1012 BACK (10-77)