**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02365-LTB-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

v.

RADIOSHACK CORPORATION,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for One-Week Extension of Stay of Proceedings to Enforce Judgment (Doc 111 - filed March 14, 2013) is **GRANTED up to and including March 22, 2013**.

Dated:   March 18, 2013