FILED
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**December 23, 2013**

Elisabeth A. Shumaker
Clerk of Court

———————————————

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  Plaintiff - Appellee,  v.  RADIOSHACK CORPORATION,  Defendant - Appellant. | No. 13-1122 (D.C. No. 1:10-CV-02365-LTB-BNB) |

———————————————

**ORDER**

———————————————

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk